UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
Ginn, Latrese B.                    )    Case No. 16 B 03371
                                    )
        Debtor(s).                  )

## CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify, that on April 9, 2018, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

VIA U.S. MAIL

Department Store National Bank
c/o Qunatum3 Group LLC
PO Box 657
Kirkland, WA 98083

Department of The Treasury
PO Box 9012
Holtsville, NY 11742

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054

Ginn, Latrese B.
8914 South Blackstone, 2nd Floor
Chicago, IL  60619

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

Qunatum3 Group LLC as agent for
Absolute Resolutions Corp.
PO Box 788
Kirkland, WA 98083


VIA CM/ECF

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604