UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
GINN, LATRESE B                         §       Case No. 16-03371
                                        §
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/Phillip D. Levey_____
                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Latrese B. Ginn |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ATHLETICO PHYSICAL THERAPY |  |  |  |  |  |
|  | BLUE CROSS/BLUE SHIELD |  |  |  |  |  |
|  | NORTHWESTERN MEMORIAL HOSPITAL |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LEVEY, PHILLIP D. | | | | | |
| TRUSTEE EXPENSES:LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):LEVEY, PHILLIP D. | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GOLDSTEIN, FLUXGOLD & BARON, P.C. | | | | | |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):GOLDSTEIN, FLUXGOLD & BARON, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | DEPARTMENT STORE NATIONAL BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | MIDLAND FUNDING LLC | | | | | |
| 000003 | MIDLAND FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-03371 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | GINN, LATRESE B | | | Date Filed (f) or Converted (c): | 02/04/16 (f) |
| | | | | 341(a) Meeting Date: | 03/04/16 |
| For Period Ending: | 03/14/18 | | | Claims Bar Date: | 06/27/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Electronics | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 4. JEWELRY | 80.00 | 0.00 | | 0.00 | FA |
| 5. Deposit - Credit Union | 110.00 | 0.00 | | 0.00 | FA |
| 6. Ginn v. CTA (u)  Personal injury action. | Unknown | 0.00 | | 95,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,140.00 | $0.00 | | $95,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trial of initially unscheduled personal injury action against CTA scheduled for 11/9/17.

Initial Projected Date of Final Report (TFR): 02/01/18          Current Projected Date of Final Report (TFR): 02/01/19

LFORM1                                                                                                                                                                                    Ver: 20.00g

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-03371 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | GINN, LATRESE B | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5273 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2946 | | |
| For Period Ending: | 06/11/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/18 | 6 | Chicago Transit Authority<br>567 West Lake Street<br>Chicago, IL 60661 | SETTLEMENT | 1242-000 | 95,000.00 | | 95,000.00 |
| 02/03/18 | 010001 | Goldstein, Fluxgold & Baron, P.C.<br>33 North Dearborn Street - Suite 950<br>Chicago, IL 60602 | Trustee's Special Counsel fees per Order dated December 6, 2017. | 3210-600 | | 31,666.67 | 63,333.33 |
| 02/03/18 | 010002 | Goldstein, Fluxgold & Baron, P.C.<br>33 North Dearborn Street - Suite 950<br>Chicago, IL 60602 | Trustee's Special Counsel expenses per Order dated Decmber 6, 2017. | 3220-610 | | 1,506.87 | 61,826.46 |
| 02/03/18 | 010003 | Latrese B. Ginn<br>8914 South Blackstone<br>2nd Floor<br>Chicago, IL 60619 | Exemption Claim<br>Debtor's claim of exemption re Ginn v. Chicago Transit Authority, et al., Case No. 15 L 10298. | 8100-000 | | 15,000.00 | 46,826.46 |
| 02/03/18 | 010004 | Northwestern Memorial Hospital<br>c/o Julie Roth<br>Neil J. Greene, LLC<br>250 Parkway Drive, Suite 160<br>Lincolnshire, IL 60069 | Lien Claim<br>Payment of lien claim re Ginn v. Chicago Transit Authority, et al., Case No. 15 L 10298, per Order dated December 6, 2017. | 4220-000 | | 1,610.00 | 45,216.46 |
| 02/03/18 | 010005 | Blue Cross/Blue Shield<br>a/k/a Ford Hourly Benefits Plan<br>c/o Patricia Heeney<br>Venegroff, Williams & Associates<br>7191 North Cicero Ave., Suite 101<br>Lincolnwood, IL 60712 | Lien Claim<br>Payment of lien claim re Ginn v. Chicago Transit Authority, et al., Case No. 15 L 10298, per Order dated December 6, 2017.<br>Your File #8517148 | 4220-000 | | 6,000.00 | 39,216.46 |
| 02/03/18 | 010006 | Athletico Physical Therapy<br>625 Enterprise Drive<br>Oak Brook, IL 60523 | Lien Claim<br>Payment of lien claim re Ginn v. Chicago Transit Authority, et al., Case No. 15 L 10298, per Order dated December 6, 2017. | 4220-000 | | 11,964.75 | 27,251.71 |

Page Subtotals 95,000.00 67,748.29

Ver: 20.00i

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-03371 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GINN, LATRESE B | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5273 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2946 | | | |
| For Period Ending: | 06/11/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/18 | | ASSOCIATED BANK | PN 896251 BANK SERVICE FEE | 2600-000 | | 40.99 | 27,210.72 |
| 02/22/18 | 010007 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 38.39 | 27,172.33 |
| 05/09/18 | 010008 | Phillip D. Levey 2722 North Racine Ave. Chicago, IL 60614 | Trustee Compensation | 2100-000 | | 7,250.00 | 19,922.33 |
| 05/09/18 | 010009 | Phillip D. Levey 2722 North Racine Ave. Chicago, IL 60614 | Trustee Expenses | 2200-000 | | 57.42 | 19,864.91 |
| 05/09/18 | 010010 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL 60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,565.00 | 17,299.91 |
| 05/09/18 | 010011 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 83.08268% | 7100-900 | | 3,158.87 | 14,141.04 |
| 05/09/18 | 010012 | Midland Funding LLC PO Box 2011 Warren MI 48090 | Claim 000002, Payment 83.08166% | 7100-900 | | 385.69 | 13,755.35 |
| 05/09/18 | 010013 | Midland Funding LLC PO Box 2011 Warren MI 48090 | Claim 000003, Payment 83.08259% | 7100-900 | | 11,756.22 | 1,999.13 |
| 05/09/18 | 010014 | Quantum3 Group LLC as agent for Absolute Resolutions Corp PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 83.08307% (4-1) Money Loaned | 7100-900 | | 665.62 | 1,333.51 |
| 05/09/18 | 010015 | Department Store National Bank c/o Quantum3 Group LLC | Claim 000006, Payment 83.08253% (6-1) Money Loaned | 7100-900 | | 870.68 | 462.83 |

Page Subtotals  0.00  26,788.88

Ver: 20.00i

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-03371 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GINN, LATRESE B | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******5273  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2946 |  |  |
| For Period Ending: | 06/11/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/09/18 | 010016 | PO Box 657<br>Kirkland, WA 98083-0657<br>Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL RETAIL BANK<br>(JC PENNEY)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000007, Payment 83.08142% | 7100-900 |  | 462.83 | 0.00 |

\* Reversed
t Funds Transfer

```
                                        COLUMN TOTALS                     95,000.00      95,000.00           0.00
                                            Less:  Bank Transfers/CD's         0.00           0.00
                                        Subtotal                           95,000.00      95,000.00
                                            Less:  Payments to Debtors                    15,000.00
                                        Net                                95,000.00      80,000.00
                                                                                             NET            ACCOUNT
             TOTAL - ALL ACCOUNTS                             NET DEPOSITS              DISBURSEMENTS       BALANCE
             Checking Account (Non-Interest Earn - ********5273)  95,000.00                80,000.00           0.00
                                                              ----------------        ----------------   ----------------
                                                                  95,000.00                80,000.00           0.00
                                                              ================       ================   ================
                                                              (Excludes Account        (Excludes Payments   Total Funds
                                                                  Transfers)              To Debtors)       On Hand
```

Page Subtotals     0.00     462.83

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*